United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 15-17661-elf |
| Francis McStravok | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: May 18, 2021 | Form ID: 138NEW | Total Noticed: 22 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 20, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Francis McStravok, 526 Solly Avenue, Philadelphia, PA 19111-1906 |
| cr | | ECMC, PO BOX 16408, SAINT PAUL, MN 55116-0408 |
| 13621046 | + | Aes/Pheaa, Po Box 61047, Harrisburg, PA 17106-1047 |
| 13621048 | + | Comnwlth Fin, 245 Main Street, Scranton, PA 18519-1641 |
| 13854140 | | ECMC, PO Box 16408, St. Paul, MN 55116-0408 |
| 13621051 | + | Estate of Karen McStravock, 526 Solly Avenue, Philadelphia, PA 19111-1906 |
| 14429601 | | NewRez Mortgage LLC d/b/a Shellpoint Mortgage Serv, P.O. Box 10826, Greenville, SC 29603-0826 |
| 13651167 | + | PHEAA, PO BOX 8147, HARRISBURG PA 17105-8147 |
| 13649333 | + | Philadelphia Gas Works, 800 W Montgomery Ave, Phila Pa 19122-2898, Attn: Bankruptcy Dept 3F |
| 14596037 | + | Wilmington Savings Fund Society, FSB, Selene Finance, LP, 9990 Richmond Ave. Suite 400 South, Attn: BK Dept, Houston TX 77042-4546 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | May 19 2021 01:59:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 19 2021 01:58:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | May 19 2021 01:59:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 13621047 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 19 2021 01:53:19 | Cbna, Po Box 6283, Sioux Falls, SD 57117-6283 |
| 13621049 | + | Email/Text: bankruptcy_notifications@ccsusa.com | May 19 2021 02:00:00 | Credit Coll, Po Box 9134, Needham, MA 02494-9134 |
| 13621052 | | Email/PDF: Citi.BNC.Correspondence@citi.com | May 19 2021 01:51:42 | Mcydsnb, 9111 Duke Blvd, Mason, OH 45040 |
| 13621050 | + | Email/Text: bknotice@ercbpo.com | May 19 2021 01:58:00 | Enhanced Recovery Co L, 8014 Bayberry Rd, Jacksonville, FL 32256-7412 |
| 13621053 | + | Email/Text: bankruptcydpt@mcmcg.com | May 19 2021 01:58:00 | Midland Funding, 2365 Northside Dr Ste 30, San Diego, CA 92108-2709 |
| 14124294 | | Email/PDF: pa_dc_claims@navient.com | May 19 2021 01:55:06 | NAVINET, C/O Navient Solutions, LLC., PO BOX 9640, Wilkes-Barre, PA 18773-9640 |
| 13621054 | + | Email/Text: Bankruptcies@nragroup.com | May 19 2021 02:00:00 | National Recovery Agen, 2491 Paxton St, Harrisburg, PA 17111-1036 |
| 13721585 | | Email/Text: Bankruptcy.Notices@pnc.com | May 19 2021 01:49:00 | PNC Bank, National Association, c/o PNC Mortgage, a division of PNC Bank, Attn: Bankruptcy Department, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 13621055 | | Email/Text: Bankruptcy.Notices@pnc.com | | |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: May 18, 2021 | Form ID: 138NEW | Total Noticed: 22 |

          May 19 2021 01:49:00    PNC Mortgage, PO Box 1820, Dayton, OH 45401-1820

TOTAL: 12

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | * | NewRez Mortgage LLC d/b/a Shellpoint Mortgage Serv, P.O. Box 10826, Greenville, SC 29603-0826 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 20, 2021          Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 18, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRAD J. SADEK | on behalf of Debtor Francis McStravok brad@sadeklaw.com bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com |
| CHARLES GRIFFIN WOHLRAB | on behalf of Creditor Wilmington Savings Fund Society FSB, cwohlrab@raslg.com |
| JOSHUA I. GOLDMAN | on behalf of Creditor PNC Bank National Association Josh.Goldman@padgettlawgroup.com, angelica.reyes@padgettlawgroup.com |
| THOMAS I. PULEO | on behalf of Creditor PNC Bank National Association tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM C. MILLER, Esq. | on behalf of Trustee WILLIAM C. MILLER Esq. ecfemails@ph13trustee.com, philaecf@gmail.com |
| WILLIAM C. MILLER, Esq. | ecfemails@ph13trustee.com philaecf@gmail.com |

TOTAL: 7

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

---

In Re: Francis McStravok
        Debtor(s)                                                      Bankruptcy No: 15−17661−elf
                                                                                   Chapter: 13

---

### NOTICE OF DEADLINES

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

☑    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l 328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

                                       900 Market Street
                                           Suite 400
                                   Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

                                                                                 For The Court
                                                             Timothy B. McGrath
                                                             Clerk of Court

Dated: 5/18/21

                                                                                                         53 − 52
                                                                               Form 138_new